| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Manglona, Ramona V | U.S. Dist. Ct., N. Marianas | 01/26/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☒ Nomination, Date 01/26/2011 ☐ Initial ☐ Annual ☐ Final | 01/01/2010 to 12/31/2010 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Guma Hustisia/House of Justice P.O. Box 500307 Saipan, MP 96950 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-trustee | Family trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

# III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

## A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Salary - Associate Judge, Superior Court, Northern Mariana Islands | $ 120,000 |
| 2. 2009 | Salary - Associate Judge, Superior Court, Northern Mariana Islands | $ 120,000 |
| 3. | | |
| 4. | | |
| 5. | | |

## B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Spouse's salary - Supreme Court, Northern Mariana Islands |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | EXEMPT |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | EXEMPT | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of Guam | Personal loan (secured by CD) | L |
| 2. M.S.Villagomez, Inc. (family corp.) | Account payable for house maintenance and improvements | K |
| 3. | | |
| 4. | | |
| 5. | | |

# VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank of Guam - cash account | B | Interest | L | T | Exempt | | | | |
| 2. Bank of Saipan - cash account | A | Interest | K | T | Exempt | | | | |
| 3. Sunset Life Insurance (Universal) | | None | J | T | Exempt | | | | |
| 4. Rental Property -DFS Saipan (Parcel 1) | D | Rent | N | W | Exempt | | | | |
| 5. Family Trust | G | Distribution | P2 | W | Exempt | | | | |
| 6. -Navy Hill 1 | | | | | Exempt | | | | |
| 7. -Navy Hill 2 | | | | | Exempt | | | | |
| 8. -Chalan Kanoa 1 | | | | | Exempt | | | | |
| 9. -Chalan Kanoa 2 | | | | | Exempt | | | | |
| 10. -DanDan 1 | | | | | Exempt | | | | |
| 11. -DanDan 2 | | | | | Exempt | | | | |
| 12. -Tuturam 1 | | | | | Exempt | | | | |
| 13. -Tuturam 2 | | | | | Exempt | | | | |
| 14. -Tuturam 3 | | | | | Exempt | | | | |
| 15. -Papago 1 | | | | | Exempt | | | | |
| 16. -Papago 2 | | | | | Exempt | | | | |
| 17. -Papago 3 | | | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Papago 4 | | | | | Exempt | | | | |
| 19. -Papago 5 | | | | | Exempt | | | | |
| 20. -As Perdido 1 | | | | | Exempt | | | | |
| 21. -As Perdido 2 | | | | | Exempt | | | | |
| 22. -As Perdido 3 | | | | | Exempt | | | | |
| 23. -As Perdido 4 | | | | | Exempt | | | | |
| 24. -Chalan Kiya 1 | | | | | Exempt | | | | |
| 25. -Chalan Kiya 2 | | | | | Exempt | | | | |
| 26. -San Roque 1 | | | | | Exempt | | | | |
| 27. -Finn Sisu Parcels 1 to 13 | | | | | Exempt | | | | |
| 28. -Puerto Rico Village 1 | | | | | Exempt | | | | |
| 29. -Tanapag 1 | | | | | Exempt | | | | |
| 30. -San Jose Village 1 | | | | | Exempt | | | | |
| 31. -Garapan Leased property 1 | | | | | Exempt | | | | |
| 32. -San Jose Leased property 1 | | | | | Exempt | | | | |
| 33. -Rota property 1 | | | | | Exempt | | | | |
| 34. -Rota property 2 | | | | | Exempt | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

# VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Bank of Guam cash account | | | | | Exempt | | | | |
| 36. -First Hawaiian Bank cash account | | | | | Exempt | | | | |
| 37. -Bank of Saipan cash account | | | | | Exempt | | | | |
| 38. -Bank of Guam Prime Vest cash account | | | | | Exempt | | | | |
| 39. -Bank of Guam stock | | | | | Exempt | | | | |
| 40. -Saipan Shipping Co. stock | | | | | Exempt | | | | |
| 41. -Saipan Stevedore Co., Inc. stock | | | | | Exempt | | | | |
| 42. -Duty Free Shoppers Ltd. stock | | | | | Exempt | | | | |
| 43. -Pacific Sky Travel stock | | | | | Exempt | | | | |
| 44. -San Roque Beach Dev. Corp. stock | | | | | Exempt | | | | |
| 45. -M.S. Villagomez Inc. stock | | | | | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

All parcels of real property listed in Part VII, lines 6 to 34, owned by the family trust, are located in the villages in the Northern Mariana Islands.

FINANCIAL DISCLOSURE REPORT
Page 8 of 8

Name of Person Reporting

Manglona, Ramona V

Date of Report

01/26/2011

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date ___January 26, 2011___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 102 | 100 | Notes payable to banks-secured | | 70 | 600 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities | | | | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned – add schedule | | 690 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 33 | 000 | - M.S. Villagomez Inc. (family corporation) | | 22 | 000 |
| Cash value-life insurance | | 4 | 100 | - automobile loan | | 21 | 000 |
| Other assets itemize: | | | | | | | |
| - Family Trust (1/12 interest) (estimated) | 1 | 000 | 000 | | | | |
| - CNMI Retirement Plan Contributions | | 215 | 000 | | | | |
| | | | | Total liabilities | | 113 | 600 |
| | | | | Net Worth | 1 | 920 | 600 |
| Total Assets | 2 | 044 | 200 | Total liabilities and net worth | 2 | 044 | 200 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

# FINANCIAL STATEMENT

## NET WORTH SCHEDULES

Real Estate Owned

| | |
|---|---|
| Personal residence | $500,000 |
| Leased property (1/12th interest) | 100,000 |
| Undeveloped residential lot | 5,000 |
| Undeveloped commercial lot #1 | 15,000 |
| Undeveloped commercial lot #2 | 20,000 |
| Agricultural lot | 50,000 |
| Total Real Estate Owned | $690,000 |

AFFIDAVIT

I, Ramona Villagomez Manglona, do swear that the information provided in this statement is, to the best of my knowledge, true and accurate.

January 24, 2011            Ramona Villagomez Manglona

_____     _____
(DATE)                       (NAME)

_____
(NOTARY)

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
No. 03-7770-1
DONNA NITTA
My Appointment Expires Dec. 14, 2011